No. 73–6354.  STICKNEY, EXECUTRIX v. E. R. SQUIBB & SONS, INC.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 73–873.  HALPERIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1088.  LIFE OF THE LAND ET AL. v. BRINEGAR, SECRETARY OF TRANSPORTATION, ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1111.  QUINAULT ALLOTTEES ASS'N. ET AL. v. UNITED STATES.  Ct. Cl.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1332.  CHANEY v. MICHIGAN.  Sup. Ct. Mich. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1362.  WESTMINSTER PRESBYTERIAN CHURCH OF ENID ET AL. v. PRESBYTERY OF CIMARRON.  Sup. Ct. Okla.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6056.  TURNER ET AL. v. HAYNES, WARDEN. C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6360.  WELLMAN ET UX. v. PACER OIL Co.  Sup. Ct. Mo.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.